B6D (Official Form 6D) (12/07)

In re  David Bo Hyeon Lim                                              Case No.  09-27116
                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 1205016117 America's Servicing Company P.O. Box 10388 Des Moines, IA 50306-0388 | X | J | First Mortgage 611 River Road, Yardley, PA 19067 - Single Family Home Value $ 650,000.00 | | | | 521,000.00 | 0.00 |
| Account No. 062590854 Countrywide P.O. Box 5170 Simi Valley, CA 93062 | X | J | Home Equity Loan 611 River Road, Yardley, PA 19067 - Single Family Home Value $ 650,000.00 | | | | 91,014.57 | 0.00 |
| Account No. 042734774 Ford Motor Credit-Omaha Service Ct PO Box 790119 Saint Louis, MO 63179-0119 | X | J | 7/1/2007 Common Law Lien 2007 Ford F150 Pick-up Truck w/ 8,955 miles Value $ 16,000.00 | | | | 9,680.71 | 0.00 |
| Account No. 0000855395-00000001 MidAtlantic Farm Credit ACA PO Box 7327 Lancaster, PA 17604-7327 | X | J | Mortgage Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 Value $ 1,300,000.00 | | | | 90,366.26 | 0.00 |
| 1 continuation sheets attached | | | Subtotal (Total of this page) | | | | 712,061.54 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  David Bo Hyeon Lim                                                          Case No.  09-27116
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 03-031-016-855395 <br><br> MidAtlantic Farm Credit ACA <br> Pocomoke Office <br> PO Box 7327 <br> Lancaster, PA 17604-7327 | X | J | Mortgage <br><br> Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 <br><br> Value $ 1,300,000.00 | | | | 109,127.66 | 0.00 |
| Account No. 03-031-016-0501453512 <br><br> MidAtlantic Farm Credit ACA <br> Pocomoke Office <br> PO Box 7327 <br> Lancaster, PA 17604-7327 | X | J | First Mortgage <br><br> Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 <br><br> Value $ 1,300,000.00 | | | | 815,584.90 | 0.00 |
| Account No. <br><br> Value $ | | | | | | | | |
| Account No. <br><br> Value $ | | | | | | | | |
| Account No. <br><br> Value $ | | | | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): 924,712.56 | 0.00

Total (Report on Summary of Schedules): 1,636,774.10 | 0.00

B6F (Official Form 6F) (12/07)

In re   David Bo Hyeon Lim                                                 Case No.   09-27116
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 21862<br><br>A&A, Inc.<br>300 Walnut Street<br>4th Floor<br>Philadelphia, PA 19106 | X | - | Deposition | | | | 252.00 |
| Account No. 5477-5388-5288-9015<br><br>Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | X | H | Business Credit | | | | 36,358.11 |
| Account No. 5584-1897-0401-4350<br><br>Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | X | H | Business Credit | | | | 15,190.16 |
| Account No. 3715-472569-51006<br><br>American Express<br>Blue Cash for Business<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1531 | X | H | Business Credit | | | | 9,574.00 |

__5__ continuation sheets attached

Subtotal (Total of this page)   61,374.27

B6F (Official Form 6F) (12/07) - Cont.

In re   David Bo Hyeon Lim                                             Case No.   09-27116
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4036-4700-0004-4888<br><br>Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 | X | H | Business Credit | | | | 12,070.74 |
| Account No. 4170-0802-0022-2303<br><br>Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 | X | H | Business Credit | | | | 26,851.38 |
| Account No. 4313-0703-1261-9437<br><br>Bank of America - VisaSignature<br>PO Box 15026<br>Wilmington, DE 19850-5026 | X | H | Business Credit | | | | 10,478.00 |
| Account No. 4802-1324-1219-7868<br><br>Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | X | H | Business Credit | | | | 8,421.13 |
| Account No. 5291-1516-2923-9433<br><br>Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | H | Credit | | | | 3,731.24 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   61,552.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   David Bo Hyeon Lim                                          Case No.  09-27116
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5122-5710-1836-2360<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | H | Credit | | | | 5,211.02 |
| Account No. 5179-4555-9004-8666<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | H | Credit | | | | 23,922.28 |
| Account No. 43885760xxxx<br><br>Chase Bank USA, NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | H | Credit | | | | 22,592.00 |
| Account No. 5466-1602-4506-7499<br><br>Citi Premier Pass Card<br>Customer Service<br>PO Box 6062<br>Sioux Falls, SD 57117 | | H | Credit | | | | 27,788.57 |
| Account No. 5082-2900-5383-0516<br><br>CitiBusiness<br>PO Box 44180<br>Jacksonville, FL 32231-4180 | X | H | Business Credit | | | | 31,629.93 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   111,143.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **David Bo Hyeon Lim**                                    Case No. __09-27116__
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4122-5100-0506-5712<br><br>CitiBusiness Card<br>Customer Service<br>PO Box 44180<br>Jacksonville, FL 32231-4180 | X | H | Business Credit | | | | 23,455.51 |
| Account No.<br><br>Daniel Kim<br>c/o Christie Flamm, Esquire<br>Flamm Boroff & Bacine<br>794 Pennllyn Pike<br>Blue Bell, PA 19422-1669 | - | | PA Civil Suit - Pending | X | X | X | Unknown |
| Account No. 4988-8200-0486-4251<br><br>First Equity Card Corp.<br>PO Box 84075<br>Columbus, GA 31901-4075 | X | H | Business Credit | | | | 7,407.64 |
| Account No. 6034624502017134<br><br>Husqvarna/GEMB<br>c/o GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0001 | | H | Credit | | | | 7,286.00 |
| Account No. 81924081781999<br><br>Lowe's/GEMB<br>PO Box 530914<br>Atlanta, GA 30353-0914 | | H | Credit | | | | 1,600.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **39,749.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **David Bo Hyeon Lim**, Debtor

Case No. **09-27116**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | | - | Business Associate | | X | | Unknown |
| Account No. P0750502xxxx<br><br>State of NJ Higher Education<br>HESAA<br>PO Box 545<br>Trenton, NJ 08625-0545 | X | H | Student Loan | | | | 7,541.00 |
| Account No.<br><br>The Dong-A Ilbo<br>c/o Chull Sook Park, Esquire<br>The Park Law Group, LLC<br>23 S. Warren Street, 2nd Floor<br>Trenton, NJ 08608 | | - | PA Civil Suit - Pending | X | X | X | Unknown |
| Account No. 6035320315265833<br><br>The Home Depot/CBSD<br>Processing Center<br>Des Moines, IA 50364-0500 | | H | Credit | | | | 7,000.00 |
| Account No. 6011-5750-3005-1036<br><br>Tractor Supply/CBSD<br>200 Powell Place<br>Brentwood, TN 37027 | | H | Credit | | | | 4,000.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **18,541.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  David Bo Hyeon Lim
                                              Debtor

Case No. **09-27116**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4806-0585-6505-9496<br><br>US Bank - Korean Air<br>Cardmember Service<br>PO Box 6335<br>Fargo, ND 58125-6335 | X | H | Business Credit | | | | 23,671.36 |
| Account No. 6011-3110-0642-4902<br><br>Walmart/GEMB<br>PO Box 960024<br>Orlando, FL 32896-0024 | | H | Credit | | | | 3,641.35 |
| Account No. 5474-6488-0418-9704<br><br>Wells Fargo Businessline<br>WF Business Direct<br>PO Box 848750<br>Sacramento, CA 95834 | X | H | Business Credit | | | | 46,741.45 |
| Account No. 23631<br><br>Zanaras Reporting & Video<br>1616 Walnut Street<br>Suite 300<br>Philadelphia, PA 19103 | X | H | Deposition | | | | 958.93 |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **75,013.09**

Total (Report on Summary of Schedules)  **367,373.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy