B6A (Official Form 6A) (12/07)

In re   **David Bo Hyeon Lim**                                                                    Case No.   **09-27116**
                                              Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 611 River Road, Yardley, PA 19067 - Single Family Home | Joint tenant | J | 650,000.00 | 612,014.57 |
| Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 | Tenants by the Entirety | J | 1,300,000.00 | 1,015,078.82 |

|   |   |   |
|---|---|---|
| Sub-Total > | 1,950,000.00 | (Total of this page) |
| Total > | 1,950,000.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re  David Bo Hyeon Lim  
_____  
Debtor

Case No. __09-27116__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 | 11 USC § 522(b)(3)(B) | 258,331.46 | 1,300,000.00 |
| **Cash on Hand** | | | |
| Cash | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account - PNC Bank - Selbyville, MD | 11 USC § 522(b)(3)(B) | 4,000.00 | 4,000.00 |
| **Household Goods and Furnishings** | | | |
| Living room furniture, bedroom furniture, dining room furniture, televisions, computer | 11 USC § 522(b)(3)(B) | 8,000.00 | 8,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Men's Clothing (casual and business) | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 1,000.00 | 1,500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Prudential Insurance EES Retirement Pension Plan | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) | 0.00 | Unknown |
| **Stock and Interests in Businesses** | | | |
| 1058 Shares of Stock in STV, Inc. | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 0.00 | Unknown |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Civil Suit against STV Network, Inc. for breach of employment contract | Md. Code Ann., Com. Law § 15-601.1<br>Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(3) | 50,000.00<br>0.00 | 50,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Ford F150 Pick-up Truck w/ 8,955 miles | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 5,900.00 | 16,000.00 |

Total: 328,831.46   1,381,100.00

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re David Bo Hyeon Lim  Case No. 09-27116
                  Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dong A Daily News<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |
| Dong-A Daily News<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Bank of America - VisaSignature<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Grace Lim<br>5 Del Sol Place<br>Sicklerville, NJ 08081 | State of NJ Higher Education<br>HESAA<br>PO Box 545<br>Trenton, NJ 08625-0545 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813<br>   Tenants by the Entirety | America's Servicing Company<br>P.O. Box 10388<br>Des Moines, IA 50306-0388 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813<br>   Tenants by the Entirety | Countrywide<br>P.O. Box 5170<br>Simi Valley, CA 93062 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | Ford Motor Credit-Omaha Service Ct<br>PO Box 790119<br>Saint Louis, MO 63179-0119 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | MidAtlantic Farm Credit ACA<br>PO Box 7327<br>Lancaster, PA 17604-7327 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | MidAtlantic Farm Credit ACA<br>Pocomoke Office<br>PO Box 7327<br>Lancaster, PA 17604-7327 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | MidAtlantic Farm Credit ACA<br>Pocomoke Office<br>PO Box 7327<br>Lancaster, PA 17604-7327 |
| Korean Christian Broadcasting<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | First Equity Card Corp.<br>PO Box 84075<br>Columbus, GA 31901-4075 |

2
_____ continuation sheets attached to Schedule of Codebtors
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re   David Bo Hyeon Lim                                          Case No.   09-27116
                              Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | American Express<br>Blue Cash for Business<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1531 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | US Bank - Korean Air<br>Cardmember Service<br>PO Box 6335<br>Fargo, ND 58125-6335 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Wells Fargo Businessline<br>WF Business Direct<br>PO Box 848750<br>Sacramento, CA 95834 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |
| Korean Daily Tribune, Inc.<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | CitiBusiness Card<br>Customer Service<br>PO Box 44180<br>Jacksonville, FL 32231-4180 |
| Korean Daily Tribune, Inc.<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Korean Daily Tribune, Inc.<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | CitiBusiness<br>PO Box 44180<br>Jacksonville, FL 32231-4180 |
| Margolis Edelstein<br>The Curtis Center, Suite 400E<br>170 S. Independence Mall W.<br>Philadelphia, PA 19106-3337 | Zanaras Reporting & Video<br>1616 Walnut Street<br>Suite 300<br>Philadelphia, PA 19103 |
| Margolis Edelstein<br>The Curtis Center<br>170 S. Independence Mall W.<br>Suite 400E<br>Philadelphia, PA 19106-3337 | A&A, Inc.<br>300 Walnut Street<br>4th Floor<br>Philadelphia, PA 19106 |

Sheet   1   of   2   continuation sheets attached to the Schedule of Codebtors

In re   David Bo Hyeon Lim                                    Case No.  09-27116
                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | American Express<br>Blue Cash for Business<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1531 |
| Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 |
| Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |

Sheet  2  of  2  continuation sheets attached to the Schedule of Codebtors