# United States Bankruptcy Court
### District of Maryland

In re **David Lim**  
Debtor(s)

Case No. **09-27116**  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 6, 2009**, a copy of Amended Schedules A,C,H was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**-all creditors on attached mailing matrix**

**/s/ Jeffrey M. Sirody**
**Jeffrey M. Sirody**
**Sirody Freiman & Feldman**
**1777 Reisterstown Road**
**Suite 360 E**
**Baltimore, MD 21208**
**410-415-0445Fax:410-415-0744**
**afreiman@sfflegal.com**

Yardley, PA 19067

Chull S. Park & Hyun Suk Choi
The Park Law Group LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

Citi Premier Pass Card
Customer Service
PO Box 6062
Sioux Falls, SD 57117

CitiBusiness
PO Box 44180
Jacksonville, FL 32231-4180

CitiBusiness Card
Customer Service
PO Box 44180
Jacksonville, FL 32231-4180

Countrywide
P.O. Box 5170
Simi Valley, CA 93062

Daniel Kim
c/o Christie Flamm, Esquire
Flamm Boroff & Bacine
794 Pennllyn Pike
Blue Bell, PA 19422-1669

David J. Averett, Esquire
7719 Castor Avenue
2nd Floor
Philadelphia, PA 19152

Dong A Daily News
1330 Willow Avenue
Elkins Park, PA 19027

Dong-A Daily News
1330 Willow Avenue
Elkins Park, PA 19027

First Equity Card Corp.
PO Box 84075

Columbus, GA 31901-4075

Ford Motor Credit-Omaha Service Ct
PO Box 790119
Saint Louis, MO 63179-0119

George W. Liebmann
Liebmann & Shively PA
8 W. Hamilton Street
Baltimore, MD 21201

Grace Lim
5 Del Sol Place
Sicklerville, NJ 08081

Husqvarna/GEMB
c/o GE Money Bank
PO Box 960061
Orlando, FL 32896-0001

J. Stephen Simms & M. Scotland Morris
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201

Jae Ok Lim
13135 Hidden Acres Lane
Bishopville, MD 21813

Korean Christian Broadcasting
1330 Willow Avenue
Elkins Park, PA 19027

Korean Daily Tribune
1330 Willow Avenue
Elkins Park, PA 19027

Korean Daily Tribune, Inc.
1330 Willow Avenue
Elkins Park, PA 19027

Lowe's/GEMB
PO Box 530914
Atlanta, GA 30353-0914

Michael J. Klima, Jr., Esquire

8600 LaSalle Road
Suite 200
Towson, MD 21286-2025

MidAtlantic Farm Credit ACA
PO Box 7327
Lancaster, PA 17604-7327

MidAtlantic Farm Credit ACA
Pocomoke Office
PO Box 7327
Lancaster, PA 17604-7327

Natalia Martyanova
611 River Road
Yardley, PA 19067

Soon S. Lee
70 High Gate Lane
Blue Bell, PA 19422

State of NJ Higher Education
HESAA
PO Box 545
Trenton, NJ 08625-0545

The Dong-A Ilbo
c/o Chull Sook Park, Esquire
The Park Law Group, LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

The Home Depot/CBSD
Processing Center
Des Moines, IA 50364-0500

Tractor Supply/CBSD
200 Powell Place
Brentwood, TN 37027

US Bank - Korean Air
Cardmember Service
PO Box 6335
Fargo, ND 58125-6335

Walmart/GEMB

PO Box 960024
Orlando, FL 32896-0024

Wells Fargo Businessline
WF Business Direct
PO Box 848750
Sacramento, CA 95834

Yung W. Lee & Young K. Park
Law Offices of Young K. Park
2009 Chestnut Street
Philadelphia, PA 19103

Zanaras Reporting & Video
1616 Walnut Street
Suite 300
Philadelphia, PA 19103

A&A, Inc.
300 Walnut Street
4th Floor
Philadelphia, PA 19106

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

America's Servicing Company
P.O. Box 10388
Des Moines, IA 50306-0388

American Express
Blue Cash for Business
Customer Service
PO Box 981535
El Paso, TX 79998-1531

Bank of America - Business Card
PO Box 53101
Phoenix, AZ 85072-3101

Bank of America - VisaSignature
PO Box 15026
Wilmington, DE 19850-5026

Brian S. McNair
Buonassissi, Henning & Lash
1861 Wiehle Avenue, Suite 300
Reston, VA 20190

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850-5298

Christopher McCabe
611 River Road