B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re   **David Bo Hyeon Lim**                                             Case No.   **09-27116**
Debtor(s)                                                                   Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **America's Servicing Company** | **Describe Property Securing Debt:** <br> **611 River Road, Yardley, PA 19067 - Single Family Home** |
|---|---|

Property will be (check one):
    ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                    ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **Countrywide** | **Describe Property Securing Debt:** <br> **611 River Road, Yardley, PA 19067 - Single Family Home** |
|---|---|

Property will be (check one):
    ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

---

**Property No. 3**

| **Creditor's Name:**<br>Ford Motor Credit-Omaha Service Ct | **Describe Property Securing Debt:**<br>2007 Ford F150 Pick-up Truck w/ 8,955 miles |
|---|---|

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt      ☐ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:**<br>MidAtlantic Farm Credit ACA | **Describe Property Securing Debt:**<br>Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 |
|---|---|

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt      ☐ Not claimed as exempt

---

**Property No. 5**

| **Creditor's Name:**<br>MidAtlantic Farm Credit ACA | **Describe Property Securing Debt:**<br>Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 |
|---|---|

Property will be (check one):
  ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt      ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                              Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**MidAtlantic Farm Credit ACA** | **Describe Property Securing Debt:**<br>**Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813** |

Property will be (check one):
   ☐ Surrendered                                                     ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                                       ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____       Signature _____
                                                                                 **David Bo Hyeon Lim**
                                                                                 Debtor