LAW OFFICES OF

# LIEBMANN & SHIVELY, P.A.

8 West Hamilton Street
Baltimore, Maryland 21201

| | | |
|---|---|---|
| GEORGE W. LIEBMANN, ESQ. | _____ | gliebmann@lspa.comcastbiz.net |
| ORBIE R. SHIVELY, ESQ. | (410) 752-5887 | oshively@lspa.comcastbiz.net |
| SUSAN H. TIFFT, LEGAL ASSISTANT | Fax: (410) 539-3973 | stifft@lspa.comcastbiz.net |

November 12, 2009

U.S. Bankruptcy Court
for the District of Maryland
Garmatz Federal Courthouse, Rm. 8308
101 West Lombard Street
Baltimore, MD 21201

    Re:    In re:   David Hyeon Lim
                  Bankr. Case No. 09-27116-DK

Dear Mr. Clerk:

      The above referenced case(s) in which I serve as Chapter 7 Trustee has been determined to be an asset case. Please send the appropriate notice to creditors to file claims and establishing a bar date of the filing of claims. Thank you.

                                              Very truly yours,

                                              */s/ George W. Liebmann*
                                              George W. Liebmann