# Notice Recipients

District/Off: 0416−1           User: khorning              Date Created: 11/13/2009
Case: 09−27116                 Form ID: ntcfilpc           Total: 59

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          The Dong−A−Ilbo
                                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          George W. Liebmann        gliebmann@lspa.comcastbiz.net
aty         Brian S. McNair           bmcnair@bhlpc.com
aty         George W. Liebmann        gliebmann@lspa.comcastbiz.net
aty         J. Stephen Simms          jssimms@simmsshowers.com
aty         Jeffrey M. Sirody         smeyers5@hotmail.com
aty         Michael J. Klima, Jr.     bankruptcy@trm−h.com
                                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          David Bo Hyeon Lim        13135 Hidden Acres Lane        Bishopville, MD 21813
cr          The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Credit Suisse First Boston Mortgage Backed Pass−Through Certificates 2003−21        c/o Brian S. McNair        Buonassissi, Henning &Lash, P.C.        1861 Wiehle Avenue        Suite 300        Reston, VA 20190
cr          Ford Motor Credit Company LLC        c/o Michael J. Klima, Jr.        Suite 200, The Carroll Building        8600 LaSalle Road        Towson, MD 21286−2025
aty         Hyun Suk Choi        23 S. Warren Street        2nd Floor        Trenton, NJ 08608
aty         Chull Soon Park        23 S. Warren Street        2nd Floor        Trenton, NJ 08608
25445390    AInc.        300 Walnut Street        4th Floor        Philadelphia, PA 19106
25445391    Advanta Bank Corp.        PO Box 8088        Philadelphia, PA 19101−8088
25445392    America's Servicing Company        P.O. Box 10388        Des Moines, IA 50306−0388
25445393    American Express        Blue Cash for Business        Customer Service        PO Box 981535        El Paso, TX 79998−1531
25445394    Bank of America − Business Card        PO Box 53101        Phoenix, AZ 85072−3101
25445395    Bank of America − VisaSignature        PO Box 15026        Wilmington, DE 19850−5026
25445396    Capital One        PO Box 71083        Charlotte, NC 28272−1083
25445397    Chase        PO Box 15298        Wilmington, DE 19850−5298
25445398    Chase Bank USA, NA        PO Box 15298        Wilmington, DE 19850−5298
25445399    Christopher McCabe        611 River Road        Yardley, PA 19067
25566522    Chull S. Park &Hyun Suk Choi        The Park Law Group LLC        23 S. Warren Street, 2nd Floor        Trenton NJ 08608
25445400    Citi Premier Pass Card        Customer Service        PO Box 6062        Sioux Falls, SD 57117
25445401    CitiBusiness        PO Box 44180        Jacksonville, FL 32231−4180
25445402    CitiBusiness Card        Customer Service        PO Box 44180        Jacksonville, FL 32231−4180
25445572    Comptroller of the Treasury        Compliance Division, Room 409        301 W. Preston Street        Baltimore, MD 21201
25445403    Countrywide        P.O. Box 5170        Simi Valley, CA 93062
25566523    Daniel Kim        c/o Christie Flamm        Flamm Boroff &Bacine        794 Pennllyn Pike        Blue Bell PA 19422−1669
25445404    Dong A Daily News        1330 Willow Avenue        Elkins Park, PA 19027
25445405    Dong−A Daily News        1330 Willow Avenue        Elkins Park, PA 19027
25445406    First Equity Card Corp.        PO Box 84075        Columbus, GA 31901−4075
25469237    Ford Motor Credit Company LLC        Dept 55953        P O Box 55000        Detroit MI 48225−0953
25445407    Ford Motor Credit−Omaha Service Ct        PO Box 790119        Saint Louis, MO 63179−0119
25566524    George W. Liebmann        Liebmann &Shively PA        8 W. Hamilton Street        Baltimor eMD 21201
25445408    Grace Lim        5 Del Sol Place        Sicklerville, NJ 08081
25445409    Husqvarna/GEMB        c/o GE Money Bank        PO Box 960061        Orlando, FL 32896−0001
25566525    J. Stephen Simms &M. Scotland Morris        Simms Showers LLP        20 S. Charles Street        Suite 702        Baltimore MD 21201
25445410    Jae Ok Lim        13135 Hidden Acres Lane        Bishopville, MD 21813
25445411    Korean Christian Broadcasting        1330 Willow Avenue        Elkins Park, PA 19027
25445412    Korean Daily Tribune        1330 Willow Avenue        Elkins Park, PA 19027
25445413    Korean Daily Tribune, Inc.        1330 Willow Avenue        Elkins Park, PA 19027
25445414    Lowe's/GEMB        PO Box 530914        Atlanta, GA 30353−0914
25445416    Margolis Edelstein        The Curtis Center        170 S. Independence Mall W.        Suite 400E        Philadelphia, PA 19106−3337
25445415    Margolis Edelstein        The Curtis Center, Suite 400E        170 S. Independence Mall W.        Philadelphia, PA 19106−3337
25445417    Natalia Martyanova        611 River Road        Yardley, PA 19067
25445418    Soon S. Lee        70 High Gate Lane        Blue Bell, PA 19422
25445574    State of Maryland DLLR        Division of Unemployment Insurance        1100 N. Eutaw Street, Room 401        Baltimore, MD 21201
25445419    State of NJ Higher Education        HESAA        PO Box 545        Trenton, NJ 08625−0545

| | | | | |
|---|---|---|---|---|
| 25555622 | The Dong–A–Ilbo | c/o Simms Showers LLP | 20 S. charles Street, Suite 702 | Baltimore, MD 21201 |
| 25566526 | The Dong–A–llbo | c/o Chull Sook Park | The Park Law Group, LLC | 23 S. Warren Street, 2nd Floor   Trenton NJ 08608 |
| 25445420 | The Home Depot/CBSD | Processing Center | Des Moines, IA 50364–0500 | |
| 25445421 | Tractor Supply/CBSD | 200 Powell Place | Brentwood, TN 37027 | |
| 25445422 | US Bank – Korean Air | Cardmember Service | PO Box 6335 | Fargo, ND 58125–6335 |
| 25445423 | Walmart/GEMB | PO Box 960024 | Orlando, FL 32896–0024 | |
| 25445424 | Wells Fargo Businessline | WF Business Direct | PO Box 848750 | Sacramento, CA 95834 |
| 25445573 | Worchester County Solicitor | Room 112 Courthouse | One West Market Street | Snow Hill, MD 21863 |
| 25566527 | Yung W. Lee &Young K. Park | Law Offices of Young K. Park | 2009 Chestnut Street | Philadelphia PA 19103 |
| 25445425 | Zanaras Reporting &Video | 1616 Walnut Street | Suite 300 | Philadelphia, PA 19103 |

TOTAL: 52