Form ntcreaf

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

|  |  |
|---|---|
| Bankruptcy Proceeding No.: | 09−27116 |
| Judge: | Duncan W. Keir |

In Re:   David Bo Hyeon Lim
         Debtor(s)

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at U.S. Post Office Building, 129 East Main Street, Room 104, Salisbury, MD 21801

on 12/15/09 at 10:00 AM

to consider and act upon the following:

18−Reaffirmation Agreement, and Declaration of Counsel, Between Debtor and Ford Motor Credit Company LLC (Re: 2007 Ford F150, Serial No.:...82782). Filed by Michael J. Klima Jr..

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/13/09

Mark D. Sammons, Clerk of Court
by Deputy Clerk, K Horning301−344−3393