# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE DONG-A ILBO,, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BO H. LIM, et al. | : | |
|     Defendants. | : | NO. 08-2399 |

## O R D E R

AND NOW, this 14th day of September, 2009, upon consideration of the Suggestion of Bankruptcy filed by Defendant David Lim (Docket No. 52), it is hereby ORDERED that all activity in this action is hereby STAYED until further order of the Court, and all remaining deadlines are cancelled.

It is FURTHER ORDERED that Counsel for the parties shall notify the Court as to any change in status of any party.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE.

# EXHIBIT M

SPECIAL, STAYED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:08-cv-02399-GP

DONG-A ILBO v. LIM et al  
Assigned to: HONORABLE GENE E.K. PRATTER  
Cause: 15:1051 Trademark Infringement

Date Filed: 05/22/2008  
Jury Demand: None  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question

**Plaintiff**

**THE DONG-A ILBO**   represented by   **CHULL SOON PARK**  
THE PARK LAW GROUP LLC  
23 S. WARREN ST.  
2ND FL  
TRENTON , NJ 08608  
609-396-2800  
Email: cpark@theparklawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**HYUN SUK CHOI**  
THE PARK LAW GROUP LLC  
23 S. WARREN ST.  
2ND FLOOR  
TRENTON , NJ 08608  
609-396-2800  
Email: hchoi@theparklawgroup.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**H. BO LIM**   represented by   **JOHN A. LIVINGOOD , JR.**  
*TERMINATED: 10/22/2008*  
*also known as*  
BO HYUN LIM  
*also known as*  
DAVID LIM  
*also known as*  
BO HYEON LIM  
*also known as*  
BO LIM  
*also known as*  
LIM BO

MARGOLIS EDELSTEIN  
THE CURTIS CTR 4TH FL  
INDEPENDENCE SQ. WEST  
PHILADELPHIA , PA 19106-3304  
215-922-1100  
Email:  
jlivingood@margolisedelstein.com  
*TERMINATED: 10/22/2008*

*also known as*
BO HI LIM

**Defendant**

| | |
|---|---|
| **KOOK JIN LEE**<br>*TERMINATED: 10/22/2008*<br>*also known as*<br>DEPUTY SHERIFF PETER LEE | represented by **DAVID J. AVERETT**<br>LAW OFFICES OF DAVID J.<br>AVERETT, P.C.<br>7719 CASTOR AVENUE<br>2ND FL.<br>PHILA , PA 19152<br>215-342-5024<br>Email: averettlaw@comcast.net<br>*TERMINATED: 10/22/2008* |

**Defendant**

| | |
|---|---|
| **THE KOREAN DAILY TRIBUNE, INC.**<br>*TERMINATED: 10/22/2008*<br>*also known as*<br>KOREAN DAILY TRIBUNE, INC.<br>*also known as*<br>DONG-A DAILY NEWS, PHILADELPHIA, INC.<br>*doing business as*<br>THE DONG-A DAILY NEWS<br>*doing business as*<br>DONG-A DAILY NEWS<br>*doing business as*<br>DONG-A DAILY NEWS, INC.<br>*doing business as*<br>THE CHOSUN DAILY PHILADELPHIA | represented by **JOHN A. LIVINGOOD , JR.**<br>(See above for address)<br>*TERMINATED: 10/22/2008* |

**Defendant**

| | |
|---|---|
| **THE KOREAN SOUTEAST NEWS, INC.**<br>*JOINTLY AND SEVERALLY*<br>*TERMINATED: 10/22/2008*<br>*also known as*<br>KOREA SOUTHEAST NEWS<br>*doing business as*<br>THE SOUTHEAST NEWS, INC.<br>*doing business as*<br>DONGA DAILY NEWS, LLC<br>*doing business as*<br>THE CHOSUN DAILY NEWS-ATLANTA | represented by **DAVID J. AVERETT**<br>(See above for address)<br>*TERMINATED: 10/22/2008* |

**Defendant**

| | |
|---|---|
| **BO H. LIM** | represented by **JOHN A. LIVINGOOD , JR.** |

*also known as*
BO HYUN LIM
*also known as*
DAVID LIM
*also known as*
BO HI LIM
*also known as*
LIM BO
*also known as*
BO HYEON LIM
*also known as*
BO LIM

|  |  |
|---|---|
|  | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**KOOK JIN LEE**    represented by    **DAVID J. AVERETT**
*also known as*                         (See above for address)
KUK JIN LEE                              *LEAD ATTORNEY*
*also known as*                         *ATTORNEY TO BE NOTICED*
PETER LEE
*also known as*
KOOK J. LEE
*also known as*
KOK J. LEE
*also known as*
KOOKJIN LEE
*also known as*
KOOK LEE
*also known as*
KOO J. LEE
*also known as*
KOOK JUN LEE

**Defendant**

**THE KOREAN DAILY TRIBUNE,**    represented by    **JOHN A. LIVINGOOD , JR.**
**INC.**                                              (See above for address)
*doing business as*                                   *LEAD ATTORNEY*
THE DONG-A DAILY NEWS                                 *ATTORNEY TO BE NOTICED*
*doing business as*
DONG-A DAILY NEWS, INC.
*also known as*
DONG-A DAILY NEWS,
PHILADELPHIA, INC.
*also known as*
DONG-A DAILY NEWS
*doing business as*
THE CHOSUN DAILY
PHILADELPHIA
*also known as*
KOREAN DAILY TRIBUNE, INC.

**Defendant**

**THE KOREAN SOUTHEAST NEWS, INC.**
*also known as*
THE SOUTHEAST NEWS, INC.
*also known as*
KOREA SOUTHEAST NEWS
*doing business as*
DONGA DAILY NEWS, LLC
*doing business as*
THE CHOSUN DAILY NEWS-ATLANTA

represented by **DAVID J. AVERETT**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STV NETWORKS, INC.,**
*JOINTLY AND SEVERALLY*

represented by **YUNG WAN LEE**
LAW OFFICES OF YOUNG K. PARK

2009 CHESTNUT STREET
PHILADELPHIA , PA 19103
215-564-2901
Fax: 215-508-2534
Email: ywlesq@ykplaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 948520.), filed by THE DONG-A ILBO. (Attachments: # 1 CIVL COVER SHEET, # 2 CASE MGMT. TRACK, # 3 DESIGNATION FORM 1, # 4 DESIGNATION FORM 2)(ks, ) (Entered: 05/23/2008) |
| 05/22/2008 |  | 4 Summonses Issued as to KOOK JIN LEE, THE KOREAN DAILY TRIBUNE, INC., THE KOREAN SOUTEAST NEWS, INC., H. BO LIM. Forwarded To: Counsel on 5/23/08 (ks, ) (Entered: 05/23/2008) |
| 05/22/2008 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by THE DONG-A ILBO. (ks, ) (Entered: 05/23/2008) |
| 06/23/2008 | 3 | NOTICE of Limited Appearance by DAVID J. AVERETT on behalf of KOOK JIN LEE AND THE KOREAN SOUTHEAST NEWS, INC.(ah) (Entered: 06/23/2008) |
| 06/23/2008 | 4 | MOTION OF DEFENDANTS TO DISMISS PURSUANT TO F.R.C.P. NO. 12 FILED BY KOOK JIN LEE, THE KOREAN DAILY TRIBUNE, INC., THE KOREAN SOUTEAST NEWS, INC., H. BO LIM.(ah) (Entered: 06/23/2008) |
| 06/23/2008 | 5 | AFFIDAVIT of Service by Donald Dougherty re: served Summons; Verified Complaint upon An Asian male approximately 55-65 years of age, residing at Defendant Bo H. Lim's usual place of abode by Hand delivery on June 2, 2008 (PARK, CHULL) (Entered: 06/23/2008) |

| | | |
|---|---|---|
| 06/23/2008 | 6 | AFFIDAVIT of Service by Rachel M. Bass re: served Summons; Verified Complaint upon Kook Jin Lee, Registered Agent for Defendant The Korean Southeast News, Inc. by Hand Delivery on June 2, 2008 (PARK, CHULL) (Entered: 06/23/2008) |
| 06/23/2008 | 7 | AFFIDAVIT of Service by Rachel M. Bass re: served Summons; Verified Complaint upon Defendant Kook Jin Lee by Personal Service on June 2, 2008 (PARK, CHULL) (Entered: 06/23/2008) |
| 06/30/2008 | 8 | Certification in Support of Application for Clerk's Certificate of Default against H. BO LIM. (Attachments: # 1 Exhibit Affidavit of Service of Summons and Verified Complaint as to Defendant Bo H. Lim, # 2 Exhibit Proposed Clerk's Certificate of Default against Defendant Bo H. Lim)(PARK, CHULL) Modified on 7/1/2008 (nd). (Entered: 06/30/2008) |
| 07/01/2008 | | DEFAULT BY H. BO LIM FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (ah) (Entered: 07/01/2008) |
| 07/01/2008 | | Default Entered against H. Bo Lim. (ah) (Entered: 07/01/2008) |
| 07/07/2008 | 9 | Memorandum of Law in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants Kook Jin Lee and The Korean Southeast News, Inc. re 4 MOTION to Dismiss filed by THE DONG-A ILBO with Decarations and Certificate of Service. (Attachments: # 1 Affidavit Declaration of Chull S. Park in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants Kook Jin Lee and The Korean Southeast News, Inc., # 2 Exhibit A of Declaration of Chull S. Park, # 3 Exhibit B of Declaration of Chull S. Park, # 4 Exhibit C of Declaration of Chull S. Park, # 5 Exhibit D of Declaration of Chull S. Park, # 6 Exhibit E of Declaration of Chull S. Park, # 7 Exhibit F of Declaration of Chull S. Park, # 8 Exhibit G of Declaration of Chull S. Park, # 9 Exhibit H of Declaration of Chull S. Park, # 10 Affidavit Declaration of Hak Joon Kim in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants Kook Jin Lee and The Korean Southeast News, Inc., # 11 Affidavit Declaration of Yong Park in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants Kook Jin Lee and The Korean Southeast News, Inc., # 12 Exhibit A of Declaration of Yong Park, # 13 Affidavit of Susan Peterson in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants Kook Jin Lee and The Korean Southeast News, Inc., # 14 Text of Proposed Order Proposed Order, # 15 Affidavit Certification of Service)(PARK, CHULL) Modified on 7/9/2008 (le, ). (Entered: 07/07/2008) |
| 09/09/2008 | 10 | AFFIDAVIT of Service by Jami Kellet re: served Summons and Verified Complaint upon Jae Lim, Spouse of Bo Lim who is registered agent for Korean Daily Tribune, Inc. by Personal Service on August 23, 2008 (PARK, CHULL) (Entered: 09/09/2008) |
| 09/11/2008 | 11 | NOTICE of Appearance by JOHN A. LIVINGOOD, JR on behalf of THE KOREAN DAILY TRIBUNE, INC., H. BO LIM with Jury Demand (LIVINGOOD, JOHN) (Entered: 09/11/2008) |
| 09/24/2008 | 12 | Disclosure Statement Form pursuant to FRCP 7.1 by THE KOREAN DAILY TRIBUNE, INC., H. BO LIM.(LIVINGOOD, JOHN) (Entered: 09/24/2008) |

| | | |
|---|---|---|
| 09/26/2008 | 13 | STIPULATION *to Extend Time to Plead* by THE KOREAN DAILY TRIBUNE, INC., H. BO LIM. (LIVINGOOD, JOHN) (FILED IN ERROR BY ATTORNEY; COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 9/29/2008 (nd). (Entered: 09/26/2008) |
| 09/26/2008 | 14 | ORDER SCHEDULING ORAL ARGUMENT ON RE 4 MOTION to Dismiss filed by THE KOREAN SOUTEAST NEWS, INC., THE KOREAN DAILY TRIBUNE, INC., KOOK JIN LEE, H. BO LIM. IF ANY PARTY WISHES TO TAKE DISCOVERY ON JURISDICTIONAL ISSUES BEFORE THE ORAL ARGUMENT IS HELD, THAT PARTY MUST OBTAIN THE AGREEMENT OF ALL OTHER PARTIES, OR SEEK LEAVE FROM THE COURT. SIGNED BY HONORABLE GENE E.K. PRATTER ON 09/26/2008. 09/26/2008 ENTERED AND COPIES E-MAILED.(rab) (Entered: 09/26/2008) |
| 09/26/2008 | | Set/Reset Deadlines as to 4 MOTION to Dismiss. MOTION HEARING SET FOR 11/12/2008 04:00 PM IN COURTROOM BEFORE HONORABLE GENE E.K. PRATTER. (rab) (Entered: 09/26/2008) |
| 10/14/2008 | 15 | MOTION to Dismiss filed by THE KOREAN DAILY TRIBUNE, INC., H. BO LIM.Order, Motion, Memorandum of Law, Certificate of Service. (Attachments: # 1 Exhibit Exhibit A - part 1, # 2 Exhibit Exhibit A - part2, # 3 Exhibit Exhibit B)(LIVINGOOD, JOHN) (Entered: 10/14/2008) |
| 10/22/2008 | 16 | FIRST AMENDED VERIFIED COMPLAINT against BO H. LIM, KOOK JIN LEE, THE KOREAN DAILY TRIBUNE, INC., THE KOREAN SOUTHEAST NEWS, INC., STV NETWORKS, INC.,, filed by THE DONG-A ILBO.(lisad, ) (Entered: 10/22/2008) |
| 10/22/2008 | | 1 Summons Issued as to STV NETWORKS, INC., Forwarded To: Counsel on 10/22/08 (lisad, ) (Entered: 10/22/2008) |
| 10/28/2008 | 17 | Memorandum in Opposition re 15 MOTION to Dismiss filed by THE DONG-A ILBO. (Attachments: # 1 Affidavit Declaration of Chull S. Park in Support of Plaintiff's Opposition to Motion to Dismiss of Defendants Bo H. Lim and The Korean Daily Tribune, Inc., # 2 Text of Proposed Order, # 3 Affidavit Certification of Service)(PARK, CHULL) (Entered: 10/28/2008) |
| 11/04/2008 | 18 | ORDER finding as moot 4 MOTION TO DISMISS; finding as moot 15 MOTION TO DISMISS. THE ORAL ARGUMENT SCHEDULED ON THE MOTIONS FOR NOVEMBER 12, 2008 HAS BEEN CANCELLED. IT IS FURTHER ORDERED THAT THE PARTIES HAVE UP TO AND INCLUDING JANUARY 2, 2009 TO CONDUCT DISCOVERY ON JURISDICTIONAL ISSUES. SIGNED BY HONORABLE GENE E.K. PRATTER ON 11/3/08.11/3/08 ENTERED AND COPIES MAILED AND E-MAILED.(rab) (Entered: 11/04/2008) |
| 11/04/2008 | | Set/Reset Scheduling Order Deadlines: DISCOVERY DUE BY 1/2/2009. (rab) (Entered: 11/04/2008) |
| 11/06/2008 | 19 | MOTION to Set Aside Default *against Defendant, Lim* filed by BO H. LIM, THE KOREAN DAILY TRIBUNE, INC..Order, Motion, Certification of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(LIVINGOOD, JOHN) (Entered: 11/06/2008) |

| | | |
|---|---|---|
| 11/19/2008 | 20 | AFFIDAVIT of Service by John Palmieri re: served Summons and First Amended Verified Complaint upon Mr. Soon Kwon, Managing Agent of STV Networks, Inc. by Personal Service on November 14, 2008 (PARK, CHULL) (Entered: 11/19/2008) |
| 12/04/2008 | 21 | NOTICE of Appearance by YUNG WAN LEE on behalf of STV NETWORKS, INC.,, STV NETWORKS, INC. with Certificate of Service (LEE, YUNG) (Entered: 12/04/2008) |
| 12/04/2008 | 22 | MOTION to Dismiss *Plaintiff's Complaint with Prejudice* filed by STV NETWORKS, INC.,, STV NETWORKS, INC..Memorandum of Law in Support of Motion, Certificate of Cervice. (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Proposed Order, # 3 Exhibits, # 4 Certificate of Service)(LEE, YUNG) (Entered: 12/04/2008) |
| 12/08/2008 | 23 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by STV NETWORKS, INC.,.(LEE, YUNG) (Entered: 12/08/2008) |
| 12/18/2008 | 24 | NOTICE of Appearance by HYUN SUK CHOI on behalf of THE DONG-A ILBO (CHOI, HYUN) (Entered: 12/18/2008) |
| 12/18/2008 | 25 | RESPONSE in Opposition re 22 MOTION to Dismiss *Plaintiff's Complaint with Prejudice Memorandum of Law in Support of Plaintiff's Opposition to Motion to Dismiss of Defendant STV Networks, Inc.* filed by THE DONG-A ILBO. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit Certification of Service)(CHOI, HYUN) (Entered: 12/18/2008) |
| 12/26/2008 | 26 | RESPONSE in Opposition re 22 MOTION to Dismiss *Plaintiff's Complaint with Prejudice* filed by STV NETWORKS, INC.,. (Attachments: # 1 Text of Proposed Order Defendant's Response to Plaintiff's Opposition to Motion, # 2 Supplement Memorandum of Law, # 3 Affidavit Certificate of Service)(LEE, YUNG) (Entered: 12/26/2008) |
| 12/30/2008 | 27 | SCHEDULING ORDER: DISCOVERY DUE BY 1/30/2009 ON JURISDICTIONAL ISSUES. SIGNED BY HONORABLE GENE E.K. PRATTER ON 12/30/08. 12/30/08 ENTERED AND COPIES E-MAILED. (rab) (Entered: 12/30/2008) |
| 01/21/2009 | 28 | ORDER THAT DEFENDANTS DAVID B. LIM AND KOREAN DAILY TRIBUNE, INC. MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT, LIM IS GRANTED. THE CLERK OF COURT IS DIRECTED TO SET ASIDE THE DEFAULT AGAINST DEFENDANT, LIM. SIGNED BY HONORABLE GENE E.K. PRATTER ON 1/20/09. 1/21/09 ENTERED AND COPIES E-MAILED.(ah) (Entered: 01/21/2009) |
| 01/28/2009 | 29 | SCHEDULING ORDER: DISCOVERY DUE ON JURISDICTIONAL ISSUES BY 3/2/2009. SIGNED BY HONORABLE GENE E.K. PRATTER ON 01/27/2009. 01/28/2009 ENTERED AND COPIES E-MAILED.(rab) (Entered: 01/28/2009) |
| 01/29/2009 | 30 | MOTION to Dismiss for Lack of Jurisdiction filed by BO H. LIM, THE KOREAN DAILY TRIBUNE, INC..Order, Motion, Memorandum, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit)(LIVINGOOD, JOHN) |

| | | |
|---|---|---|
| | | (Entered: 01/29/2009) |
| 02/13/2009 | 31 | STIPULATION AND ORDER THAT PLAINTIFF HAS UP TO AND INCLUDING 3/16/09 TO RESPOND TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT. SIGNED BY HONORABLE GENE E.K. PRATTER ON 2/12/09. 2/13/09 ENTERED AND COPIES E-MAILED.(ah) (Entered: 02/13/2009) |
| 03/16/2009 | 32 | RESPONSE in Opposition re 30 MOTION to Dismiss for Lack of Jurisdiction filed by THE DONG-A ILBO. (Attachments: # 1 Affidavit Declaration of Chull S. Park, # 2 Exhibit Exhibits A-F to Declaration of Chull S. Park, # 3 Exhibit Exhibits G-N to Declaration of Chull S. Park, # 4 Exhibit Exhibits O-P to Declaration of Chull S. Park, # 5 Text of Proposed Order, # 6 Affidavit Certification of Service)(CHOI, HYUN) (Entered: 03/16/2009) |
| 05/12/2009 | 33 | MOTION to Withdraw as Attorney filed by BO H. LIM, THE KOREAN DAILY TRIBUNE, INC..Order, Motion, Certificate of Service.(LIVINGOOD, JOHN) (Entered: 05/12/2009) |
| 05/14/2009 | 34 | NOTICE of Hearing: TELEPHONE CONFERENCE SET FOR 5/29/2009 11:00 AM BEFORE HONORABLE GENE E.K. PRATTER TO DISCUSS DEFENDANTS BO H. LIM AND THE KOREAN DAILY TRIBUNE, INC.'S MOTION TO WITHDRAW AS COUNSEL (DOCKET NO. 33).(rab) (Entered: 05/14/2009) |
| 05/26/2009 | 35 | Letter RE: RESPONSE in Opposition re 33 MOTION to Withdraw as Attorney filed by THE DONG-A ILBO. (PARK, CHULL) Modified on 5/27/2009 (nd, ). (Entered: 05/26/2009) |
| 05/28/2009 | 36 | Amended MOTION to Dismiss *Amended Complaint* filed by KOOK JIN LEE, THE KOREAN SOUTHEAST NEWS, INC...(AVERETT, DAVID) (Entered: 05/28/2009) |
| 06/01/2009 | 37 | ORDER THAT THE MOTION OF COUNSEL FOR DEFENDANT DAVID LIM FOR LEAVE TO WITHDRAW AS COUNSEL IS DENIED WITHOUT PREJUDICE; DEFENDANTS KOOK JIN LEE, SOUTHEAST NEWS, INC., AND DONGA DAILY NEWS, ET AL., SHALL HAVE UNTIL 6/10/09 TO SUPPLEMENT THEIR AMENDED MOTION TO DISMISS AMENDED COMPLAINT TO INCLUDE RECORD REERENCES AND A MEMORANDUM OF LAW. SIGNED BY HONORABLE GENE E.K. PRATTER ON 6/1/09. 6/1/09 ENTERED AND COPIES E-MAILED.(ah) (Entered: 06/01/2009) |
| 06/01/2009 | | ***Set/Reset Deadlines: MOTIONS DUE BY 6/10/2009. (ah) (Entered: 06/01/2009) |
| 06/09/2009 | 38 | Amended MOTION to Dismiss *Amended Complaint of Plaintiff* filed by KOOK JIN LEE, THE KOREAN SOUTHEAST NEWS, INC..Brief. (Attachments: # 1 Brief in Support of Amended Motion to Dismiss Amended Complaint, # 2 Exhibit Portions of Deposition of Kook Jin Lee dated 1-23-09, # 3 Exhibit Portions of Deposition of Kook Jin Lee, 2-24-09, # 4 Exhibit Portions of Deposition of Kook Jin Lee, 2-26-09, # 5 Exhibit Portions of Deposition of Maend Ho Choi)(AVERETT, DAVID) (Entered: 06/09/2009) |

| | | |
|---|---|---|
| 06/11/2009 | 39 | *Amended Exhibit # 5 - Portions of Deposition of Maend Ho Choi* 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff* filed by KOOK JIN LEE, THE KOREAN SOUTHEAST NEWS, INC. (AVERETT, DAVID) Modified on 6/12/2009 (nd). (Entered: 06/11/2009) |
| 06/24/2009 | 40 | Memorandum in Opposition to re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff* filed by THE DONG-A ILBO. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit of Service)(PARK, CHULL) (Entered: 06/24/2009) |
| 06/24/2009 | 41 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Declaration of Hyun Suk Choi* filed by THE DONG-A ILBO. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit 1 to I, # 11 Exhibit 2 to I, # 12 Exhibit 3 to I, # 13 Exhibit 4 to I, # 14 Exhibit 5 to I, # 15 Exhibit 6 to I, # 16 Exhibit 7 to I, # 17 Exhibit J, # 18 Exhibit A to J, # 19 Exhibit B to J, # 20 Exhibit 1 to J, # 21 Exhibit 2 to J, # 22 Exhibit 3 to J, # 23 Exhibit 4 to J, # 24 Exhibit 5 to J, # 25 Exhibit 6 to J, # 26 Exhibit 7 to J, # 27 Exhibit 8 to J, # 28 Exhibit 9 to J, # 29 Exhibit 10 to J, # 30 Exhibit 11 to J, # 31 Exhibit 12 to J, # 32 Exhibit 13 to J, # 33 Exhibit 14 to J, # 34 Exhibit 15 to J, # 35 Exhibit 16 to J, # 36 Exhibit 17 to J, # 37 Exhibit 18 to J, # 38 Exhibit 19 to J, # 39 Exhibit 20 to J, # 40 Exhibit 21 to J, # 41 Exhibit 22 to J, # 42 Exhibit 23 to J, # 43 Exhibit 24 to J, # 44 Exhibit 25 to J, # 45 Exhibit 26 to J, # 46 Exhibit 27 to J, # 47 Exhibit 28 (Part 1) to J, # 48 Exhibit 28 (Part 2) to J, # 49 Exhibit 28 (Part 3) to J, # 50 Exhibit 28 (Part 4) to J, # 51 Exhibit 29 (Part 1) to J, # 52 Exhibit 29 (Part 2) to J, # 53 Exhibit 29 (Part 3) to J, # 54 Exhibit 29 (Part 4) to J, # 55 Exhibit 29 (Part 5) to J, # 56 Exhibit 30 to J, # 57 Exhibit 31 to J, # 58 Exhibit 32 to J, # 59 Exhibit 33 to J, # 60 Exhibit 34 to J, # 61 Exhibit 35 to J, # 62 Exhibit 36 to J, # 63 Exhibit 37 to J, # 64 Exhibit 38 to J, # 65 Exhibit 39 to J, # 66 Exhibit 40 to J, # 67 Exhibit 41 to J, # 68 Exhibit 42 to J, # 69 Exhibit K, # 70 Exhibit L, # 71 Exhibit 1 to L, # 72 Exhibit 2 to L, # 73 Exhibit M, # 74 Exhibit N, # 75 Exhibit O (Part 1), # 76 Exhibit O (Part 2), # 77 Exhibit P, # 78 Exhibit Q, # 79 Exhibit R (Part 1), # 80 Exhibit R (Part 2), # 81 Exhibit S (Part 1), # 82 Exhibit S (Part 2), # 83 Exhibit T, # 84 Exhibit U, # 85 Exhibit V, # 86 Exhibit W, # 87 Exhibit X (Part 1), # 88 Exhibit X (Part 2), # 89 Exhibit Y, # 90 Exhibit Z)(PARK, CHULL) (Entered: 06/24/2009) |
| 06/24/2009 | 42 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Declaration of Hak Joon Kim* filed by THE DONG-A ILBO. (PARK, CHULL) (Entered: 06/24/2009) |
| 06/24/2009 | 43 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Declaration of Yong Park* filed by THE DONG-A ILBO. (PARK, CHULL) **(DOCUMENT FILED IN ERROR BY ATTY., ATTY. HAS RE-FILED, SEE DOC. 46 )** Modified on 6/25/2009 (fh) (Entered: 06/24/2009) |
| 06/24/2009 | 44 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Affidavit of Susan Peterson* filed by THE DONG-A ILBO. (PARK, CHULL) (Entered: 06/24/2009) |

| 06/24/2009 | 45 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Supplemental Affidavit of Susan Peterson* filed by THE DONG-A ILBO. (PARK, CHULL) **(DOCUMENT FILED IN ERROR BY ATTY., ATTY. HAS REFILED SEE DOC. 47 )** Modified on 6/25/2009 (fh) (Entered: 06/24/2009) |
| --- | --- | --- |
| 06/25/2009 | 46 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Amended Declaration of Yong Park* filed by THE DONG-A ILBO. (PARK, CHULL) (Entered: 06/25/2009) |
| 06/25/2009 | 47 | AFFIDAVIT in Opposition re 38 Amended MOTION to Dismiss *Amended Complaint of Plaintiff Amended Supplemental Affidavit of Susan Peterson* filed by THE DONG-A ILBO. (PARK, CHULL) (Entered: 06/25/2009) |
| 07/06/2009 | 48 | ORDERED THAT THE PARTIES SHALL SUBMIT A JOINT WRITTEN STATUS REPORT BY JULY 16, 2009 REGARDING WHETHER ANY PARTY INTENDS TO FILE OR HAS FILED A BANKRUPTCY PETITION. SIGNED BY HONORABLE GENE E.K. PRATTER ON 07/06/2009. 07/06/2009 ENTERED AND COPIES E-MAILED.(rab) (Entered: 07/06/2009) |
| 07/16/2009 | 49 | STATUS REPORT by THE DONG-A ILBO. (PARK, CHULL) (Entered: 07/16/2009) |
| 08/24/2009 | 50 | ORDER denying 22 MOTION TO DISMISS WITHOUT PREJUDICE. SIGNED BY HONORABLE GENE E.K. PRATTER ON 08/18/09. 08/24/09 ENTERED AND COPIES E-MAILED.(rab) (Entered: 08/24/2009) |
| 08/31/2009 | 51 | ORDER denying 30 MOTION TO DISMISS FOR LACK OF JURISDICTION. SIGNED BY HONORABLE GENE E.K. PRATTER ON 08/25/09. 08/31/09 ENTERED AND COPIES E-MAILED.(rab) (Entered: 08/31/2009) |
| 09/11/2009 | 52 | SUGGESTION OF BANKRUPTCY by BO H. LIM under Chapter Number 7 of the Bankruptcy Code in the Bankruptcy Court for the District of Maryland filed under case number 09-27116. (LIVINGOOD, JOHN) (Entered: 09/11/2009) |
| 09/15/2009 | 53 | ORDER STAYING CASE UNTIL FURTHER ORDER OF THE COURT, AND ALL REMAINING DEADLINES ARE CANCELLED. IT IS FURTHER ORDERED THAT COUNSEL FOR THE PARTIES SHALL NOTIFY THE COURT AS TO ANY CHANGE IN STATUS OF ANY PARTY. SIGNED BY HONORABLE GENE E.K. PRATTER ON 09/14/09. 09/15/09 ENTERED AND COPIES E-MAILED.(rab) (Entered: 09/15/2009) |