# EXHIBIT V

B6A (Official Form 6A) (12/07)

In re    **David Bo Hyeon Lim**                                                    Case No.    **09-27116**
                                        Debtor

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 611 River Road, Yardley, PA 19067 - Single Family Home | Joint tenant | J | 650,000.00 | 612,014.57 |
| Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 | Tenants by the Entirety | J | 1,300,000.00 | 1,015,078.82 |

| | | |
|---|---|---|
| Sub-Total > | 1,950,000.00 | (Total of this page) |
| Total > | 1,950,000.00 | |
| | (Report also on Summary of Schedules) | |

__0__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re   David Bo Hyeon Lim
_____,
                                Debtor

Case No.____09-27116_____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 | 11 USC § 522(b)(3)(B) | 258,331.46 | 1,300,000.00 |
| **Cash on Hand** | | | |
| Cash | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account - PNC Bank - Selbyville, MD | 11 USC § 522(b)(3)(B) | 4,000.00 | 4,000.00 |
| **Household Goods and Furnishings** | | | |
| Living room furniture, bedroom furniture, dining room furniture, televisions, computer | 11 USC § 522(b)(3)(B) | 8,000.00 | 8,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(1) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Men's Clothing (casual and business) | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 1,000.00 | 1,500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Prudential Insurance EES Retirement Pension Plan | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) | 0.00 | Unknown |
| **Stock and Interests in Businesses** | | | |
| 1058 Shares of Stock in STV, Inc. | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 0.00 | Unknown |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Civil Suit against STV Network, Inc. for breach of employment contract | Md. Code Ann., Com. Law § 15-601.1 Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(3) | 50,000.00 0.00 | 50,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Ford F150 Pick-up Truck w/ 8,955 miles | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 5,900.00 | 16,000.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Total:  328,831.46  1,381,100.00

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    David Bo Hyeon Lim                                      Case No.    __09-27116__

                                             Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dong A Daily News<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |
| Dong-A Daily News<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Bank of America - VisaSignature<br>PO Box 15026<br>Wilmington, DE 19850-5026 |
| Grace Lim<br>5 Del Sol Place<br>Sicklerville, NJ 08081 | State of NJ Higher Education<br>HESAA<br>PO Box 545<br>Trenton, NJ 08625-0545 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813<br>   Tenants by the Entirety | America's Servicing Company<br>P.O. Box 10388<br>Des Moines, IA 50306-0388 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813<br>   Tenants by the Entirety | Countrywide<br>P.O. Box 5170<br>Simi Valley, CA 93062 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | Ford Motor Credit-Omaha Service Ct<br>PO Box 790119<br>Saint Louis, MO 63179-0119 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | MidAtlantic Farm Credit ACA<br>PO Box 7327<br>Lancaster, PA 17604-7327 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | MidAtlantic Farm Credit ACA<br>Pocomoke Office<br>PO Box 7327<br>Lancaster, PA 17604-7327 |
| Jae Ok Lim<br>13135 Hidden Acres Lane<br>Bishopville, MD 21813 | MidAtlantic Farm Credit ACA<br>Pocomoke Office<br>PO Box 7327<br>Lancaster, PA 17604-7327 |
| Korean Christian Broadcasting<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | First Equity Card Corp.<br>PO Box 84075<br>Columbus, GA 31901-4075 |

2

___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

In re   David Bo Hyeon Lim

Case No.   09-27116

Debtor

## SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | American Express<br>Blue Cash for Business<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1531 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | US Bank - Korean Air<br>Cardmember Service<br>PO Box 6335<br>Fargo, ND 58125-6335 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Wells Fargo Businessline<br>WF Business Direct<br>PO Box 848750<br>Sacramento, CA 95834 |
| Korean Daily Tribune<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |
| Korean Daily Tribune, Inc.<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | CitiBusiness Card<br>Customer Service<br>PO Box 44180<br>Jacksonville, FL 32231-4180 |
| Korean Daily Tribune, Inc.<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Korean Daily Tribune, Inc.<br>1330 Willow Avenue<br>Elkins Park, PA 19027 | CitiBusiness<br>PO Box 44180<br>Jacksonville, FL 32231-4180 |
| Margolis Edelstein<br>The Curtis Center, Suite 400E<br>170 S. Independence Mall W.<br>Philadelphia, PA 19106-3337 | Zanaras Reporting & Video<br>1616 Walnut Street<br>Suite 300<br>Philadelphia, PA 19103 |
| Margolis Edelstein<br>The Curtis Center<br>170 S. Independence Mall W.<br>Suite 400E<br>Philadelphia, PA 19106-3337 | A&A, Inc.<br>300 Walnut Street<br>4th Floor<br>Philadelphia, PA 19106 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    David Bo Hyeon Lim                                                Case No.    09-27116

_____
                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | American Express<br>Blue Cash for Business<br>Customer Service<br>PO Box 981535<br>El Paso, TX 79998-1531 |
| Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | Bank of America - Business Card<br>PO Box 53101<br>Phoenix, AZ 85072-3101 |
| Soon S. Lee<br>70 High Gate Lane<br>Blue Bell, PA 19422 | Advanta Bank Corp.<br>PO Box 8088<br>Philadelphia, PA 19101-8088 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re  **David Lim** _____
Debtor(s)

Case No.  **09-27116**
Chapter  **7**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES A, C, H

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**5**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 6, 2009**

Signature  **/s/ David Lim**
**David Lim**
Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re __David Bo Hyeon Lim__ Case No. ___09-27116___
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. 1205016117 | | | | | First Mortgage | | | | | |
| America's Servicing Company P.O. Box 10388 Des Moines, IA 50306-0388 | X | | J | | 611 River Road, Yardley, PA 19067 - Single Family Home | | | | | |
| | | | | | Value $ 650,000.00 | | | | 521,000.00 | 0.00 |
| Account No. 062590854 | | | | | Home Equity Loan | | | | | |
| Countrywide P.O. Box 5170 Simi Valley, CA 93062 | X | | J | | 611 River Road, Yardley, PA 19067 - Single Family Home | | | | | |
| | | | | | Value $ 650,000.00 | | | | 91,014.57 | 0.00 |
| Account No. 042734774 | | | | | 7/1/2007 | | | | | |
| Ford Motor Credit-Omaha Service Ct PO Box 790119 Saint Louis, MO 63179-0119 | X | | J | | Common Law Lien 2007 Ford F150 Pick-up Truck w/ 8,955 miles | | | | | |
| | | | | | Value $ 16,000.00 | | | | 9,680.71 | 0.00 |
| Account No. 0000855395-00000001 | | | | | Mortgage | | | | | |
| MidAtlantic Farm Credit ACA PO Box 7327 Lancaster, PA 17604-7327 | X | | J | | Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813 | | | | | |
| | | | | | Value $ 1,300,000.00 | | | | 90,366.26 | 0.00 |
| __1__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 712,061.54 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re **David Bo Hyeon Lim**                                    Case No.  **09-27116**
_____                        _____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 03-031-016-855395 | | | Mortgage | | | | | |
| **MidAtlantic Farm Credit ACA** **Pocomoke Office** **PO Box 7327** **Lancaster, PA 17604-7327** | X | J | **Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813** | | | | | |
| | | | Value $           1,300,000.00 | | | | 109,127.66 | 0.00 |
| Account No. 03-031-016-0501453512 | | | First Mortgage | | | | | |
| **MidAtlantic Farm Credit ACA** **Pocomoke Office** **PO Box 7327** **Lancaster, PA 17604-7327** | X | J | **Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813** | | | | | |
| | | | Value $           1,300,000.00 | | | | 815,584.90 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to                      Subtotal               | 924,712.56 | 0.00
Schedule of Creditors Holding Secured Claims                          (Total of this page)

                                                                            Total                | 1,636,774.10 | 0.00
                                                             (Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **David Bo Hyeon Lim**                                          Case No.____09-27116____

                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J/C | | | | | |
| Account No. 21862 | | | | | Deposition | | | | |
| A&A, Inc. 300 Walnut Street 4th Floor Philadelphia, PA 19106 | X | - | | | | | | | 252.00 |
| Account No. 5477-5388-5288-9015 | | | | | Business Credit | | | | |
| Advanta Bank Corp. PO Box 8088 Philadelphia, PA 19101-8088 | X | H | | | | | | | 36,358.11 |
| Account No. 5584-1897-0401-4350 | | | | | Business Credit | | | | |
| Advanta Bank Corp. PO Box 8088 Philadelphia, PA 19101-8088 | X | H | | | | | | | 15,190.16 |
| Account No. 3715-472569-51006 | | | | | Business Credit | | | | |
| American Express Blue Cash for Business Customer Service PO Box 981535 El Paso, TX 79998-1531 | X | H | | | | | | | 9,574.00 |
| __5__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 61,374.27 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:36887-090728    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Bo Hyeon Lim**                                    Case No.____**09-27116**_____
_____
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 4036-4700-0004-4888 | | | | Business Credit | | | | |
| Bank of America - Business Card PO Box 53101 Phoenix, AZ 85072-3101 | X | H | | | | | | |
| | | | | | | | | 12,070.74 |
| Account No. 4170-0802-0022-2303 | | | | Business Credit | | | | |
| Bank of America - Business Card PO Box 53101 Phoenix, AZ 85072-3101 | X | H | | | | | | |
| | | | | | | | | 26,851.38 |
| Account No. 4313-0703-1261-9437 | | | | Business Credit | | | | |
| Bank of America - VisaSignature PO Box 15026 Wilmington, DE 19850-5026 | X | H | | | | | | |
| | | | | | | | | 10,478.00 |
| Account No. 4802-1324-1219-7868 | | | | Business Credit | | | | |
| Capital One PO Box 71083 Charlotte, NC 28272-1083 | X | H | | | | | | |
| | | | | | | | | 8,421.13 |
| Account No. 5291-1516-2923-9433 | | | | Credit | | | | |
| Capital One PO Box 71083 Charlotte, NC 28272-1083 | | H | | | | | | |
| | | | | | | | | 3,731.24 |

Sheet no. _**1**_ of _**5**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    61,552.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Bo Hyeon Lim**                                          Case No.   **09-27116**
_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 5122-5710-1836-2360 | | | | | Credit | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | H | | | | | | | |
| | | | | | | | | | 5,211.02 |
| Account No. 5179-4555-9004-8666 | | | | | Credit | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | H | | | | | | | |
| | | | | | | | | | 23,922.28 |
| Account No. 43885760xxxx | | | | | Credit | | | | |
| Chase Bank USA, NA PO Box 15298 Wilmington, DE 19850-5298 | | H | | | | | | | |
| | | | | | | | | | 22,592.00 |
| Account No. 5466-1602-4506-7499 | | | | | Credit | | | | |
| Citi Premier Pass Card Customer Service PO Box 6062 Sioux Falls, SD 57117 | | H | | | | | | | |
| | | | | | | | | | 27,788.57 |
| Account No. 5082-2900-5383-0516 | | | | | Business Credit | | | | |
| CitiBusiness PO Box 44180 Jacksonville, FL 32231-4180 | X | H | | | | | | | |
| | | | | | | | | | 31,629.93 |

Sheet no. __2__ of __5__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)       **111,143.80**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **David Bo Hyeon Lim**                                 Case No. **09-27116**

                                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 4122-5100-0506-5712 | | | | Business Credit | | | | |
| CitiBusiness Card Customer Service PO Box 44180 Jacksonville, FL 32231-4180 | X | H | | | | | | 23,455.51 |
| Account No. | | | | PA Civil Suit - Pending | | | | |
| Daniel Kim c/o Christie Flamm, Esquire Flamm Boroff & Bacine 794 Pennllyn Pike Blue Bell, PA 19422-1669 | - | | | | X | X | X | Unknown |
| Account No. 4988-8200-0486-4251 | | | | Business Credit | | | | |
| First Equity Card Corp. PO Box 84075 Columbus, GA 31901-4075 | X | H | | | | | | 7,407.64 |
| Account No. 6034624502017134 | | | | Credit | | | | |
| Husqvarna/GEMB c/o GE Money Bank PO Box 960061 Orlando, FL 32896-0001 | | H | | | | | | 7,286.00 |
| Account No. 81924081781999 | | | | Credit | | | | |
| Lowe's/GEMB PO Box 530914 Atlanta, GA 30353-0914 | | H | | | | | | 1,600.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal (Total of this page)     **39,749.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    David Bo Hyeon Lim                                          Case No. ___09-27116___
_____,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Associate | | | | |
| Soon S. Lee 70 High Gate Lane Blue Bell, PA 19422 | | - | | | | X | | Unknown |
| Account No. P0750502xxxx | | | | Student Loan | | | | |
| State of NJ Higher Education HESAA PO Box 545 Trenton, NJ 08625-0545 | X | H | | | | | | 7,541.00 |
| Account No. | | | | PA Civil Suit - Pending | | | | |
| The Dong-A llbo c/o Chull Sook Park, Esquire The Park Law Group, LLC 23 S. Warren Street, 2nd Floor Trenton, NJ 08608 | | - | | | X | X | X | Unknown |
| Account No. 6035320315265833 | | | | Credit | | | | |
| The Home Depot/CBSD Processing Center Des Moines, IA 50364-0500 | | H | | | | | | 7,000.00 |
| Account No. 6011-5750-3005-1036 | | | | Credit | | | | |
| Tractor Supply/CBSD 200 Powell Place Brentwood, TN 37027 | | H | | | | | | 4,000.00 |

Sheet no. _4_ of _5_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,541.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David Bo Hyeon Lim**                              Case No.   **09-27116**

Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | |
| Account No. 4806-0585-6505-9496 | | | | Business Credit | | | | |
| US Bank - Korean Air Cardmember Service PO Box 6335 Fargo, ND 58125-6335 | X | H | | | | | | 23,671.36 |
| Account No. 6011-3110-0642-4902 | | | | Credit | | | | |
| Walmart/GEMB PO Box 960024 Orlando, FL 32896-0024 | | H | | | | | | 3,641.35 |
| Account No. 5474-6488-0418-9704 | | | | Business Credit | | | | |
| Wells Fargo Businessline WF Business Direct PO Box 848750 Sacramento, CA 95834 | X | H | | | | | | 46,741.45 |
| Account No. 23631 | | | | Deposition | | | | |
| Zanaras Reporting & Video 1616 Walnut Street Suite 300 Philadelphia, PA 19103 | X | H | | | | | | 958.93 |
| Account No. | | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 75,013.09 |
| Total (Report on Summary of Schedules) | 367,373.80 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re    __David Lim__ _____     Case No.   __09-27116__ _____

                                 Debtor(s)                                     Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __November 6, 2009__ _____       __/s/ David Lim__ _____

                                                   **David Lim**
                                                   Signature of Debtor

Chull S. Park & Hyun Suk Choi
The Park Law Group LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

Daniel Kim
c/o Christie Flamm, Esquire
Flamm Boroff & Bacine
794 Pennllyn Pike
Blue Bell, PA 19422-1669

George W. Liebmann
Liebmann & Shively PA
8 W. Hamilton Street
Baltimore, MD 21201

J. Stephen Simms & M. Scotland Morris
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201

The Dong-A Ilbo
c/o Chull Sook Park, Esquire
The Park Law Group, LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

Yung W. Lee & Young K. Park
Law Offices of Young K. Park
2009 Chestnut Street
Philadelphia, PA 19103

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **David Lim**

_____

Debtor(s)

Case No. **09-27116**

Chapter **7**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES D and F

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **8** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 6, 2009**

Signature **/s/ David Lim**

**David Lim**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re  **David Lim**                                     Case No.   **09-27116**

_____

Debtor(s)                                       Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on <u>November 6, 2009</u>, a copy of <u>Amended Schedules D, F, Amended Matrix, Amended Verification of Creditors matrix & notice pursuant to local rule 1009-1</u> was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

<u>attached service list</u>

/s/ Jeffrey M. Sirody
**Jeffrey M. Sirody**
**Sirody Freiman & Feldman**
**1777 Reisterstown Road**
**Suite 360 E**
**Baltimore, MD 21208**
**410-415-0445Fax:410-415-0744**
**afreiman@sfflegal.com**

Chull S. Park & Hyun Suk Choi
The Park Law Group LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

Daniel Kim
c/o Christie Flamm, Esquire
Flamm Boroff & Bacine
794 Pennllyn Pike
Blue Bell, PA 19422-1669

George W. Liebmann
Liebmann & Shively PA
8 W. Hamilton Street
Baltimore, MD 21201

J. Stephen Simms & M. Scotland Morris
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201

The Dong-A Ilbo
c/o Chull Sook Park, Esquire
The Park Law Group, LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

Yung W. Lee & Young K. Park
Law Offices of Young K. Park
2009 Chestnut Street
Philadelphia, PA 19103

# United States Bankruptcy Court
### District of Maryland

In re   **David Lim** _____      Case No.   **09-27116** _____

                                        Debtor(s)          Chapter   **7** _____

## CERTIFICATE OF SERVICE

I hereby certify that on **November 6, 2009**, a copy of Amended Schedules A,C,H was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

  **-all creditors on attached mailing matrix** _____

                                      **/s/ Jeffrey M. Sirody** _____
                                       **Jeffrey M. Sirody**
                                       **Sirody Freiman & Feldman**
                                       **1777 Reisterstown Road**
                                       **Suite 360 E**
                                       **Baltimore, MD 21208**
                                       **410-415-0445Fax:410-415-0744**
                                       **afreiman@sfflegal.com**

Yardley, PA 19067

Chull S. Park & Hyun Suk Choi
The Park Law Group LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

Citi Premier Pass Card
Customer Service
PO Box 6062
Sioux Falls, SD 57117

CitiBusiness
PO Box 44180
Jacksonville, FL 32231-4180

CitiBusiness Card
Customer Service
PO Box 44180
Jacksonville, FL 32231-4180

Countrywide
P.O. Box 5170
Simi Valley, CA 93062

Daniel Kim
c/o Christie Flamm, Esquire
Flamm Boroff & Bacine
794 Pennllyn Pike
Blue Bell, PA 19422-1669

David J. Averett, Esquire
7719 Castor Avenue
2nd Floor
Philadelphia, PA 19152

Dong A Daily News
1330 Willow Avenue
Elkins Park, PA 19027

Dong-A Daily News
1330 Willow Avenue
Elkins Park, PA 19027

First Equity Card Corp.
PO Box 84075

Columbus, GA 31901-4075

Ford Motor Credit-Omaha Service Ct
PO Box 790119
Saint Louis, MO 63179-0119

George W. Liebmann
Liebmann & Shively PA
8 W. Hamilton Street
Baltimore, MD 21201

Grace Lim
5 Del Sol Place
Sicklerville, NJ 08081

Husqvarna/GEMB
c/o GE Money Bank
PO Box 960061
Orlando, FL 32896-0001

J. Stephen Simms & M. Scotland Morris
Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201

Jae Ok Lim
13135 Hidden Acres Lane
Bishopville, MD 21813

Korean Christian Broadcasting
1330 Willow Avenue
Elkins Park, PA 19027

Korean Daily Tribune
1330 Willow Avenue
Elkins Park, PA 19027

Korean Daily Tribune, Inc.
1330 Willow Avenue
Elkins Park, PA 19027

Lowe's/GEMB
PO Box 530914
Atlanta, GA 30353-0914

Michael J. Klima, Jr., Esquire

8600 LaSalle Road
Suite 200
Towson, MD 21286-2025

MidAtlantic Farm Credit ACA
PO Box 7327
Lancaster, PA 17604-7327

MidAtlantic Farm Credit ACA
Pocomoke Office
PO Box 7327
Lancaster, PA 17604-7327

Natalia Martyanova
611 River Road
Yardley, PA 19067

Soon S. Lee
70 High Gate Lane
Blue Bell, PA 19422

State of NJ Higher Education
HESAA
PO Box 545
Trenton, NJ 08625-0545

The Dong-A Ilbo
c/o Chull Sook Park, Esquire
The Park Law Group, LLC
23 S. Warren Street, 2nd Floor
Trenton, NJ 08608

The Home Depot/CBSD
Processing Center
Des Moines, IA 50364-0500

Tractor Supply/CBSD
200 Powell Place
Brentwood, TN 37027

US Bank - Korean Air
Cardmember Service
PO Box 6335
Fargo, ND 58125-6335

Walmart/GEMB

PO Box 960024
Orlando, FL 32896-0024

Wells Fargo Businessline
WF Business Direct
PO Box 848750
Sacramento, CA 95834

Yung W. Lee & Young K. Park
Law Offices of Young K. Park
2009 Chestnut Street
Philadelphia, PA 19103

Zanaras Reporting & Video
1616 Walnut Street
Suite 300
Philadelphia, PA 19103

A&A, Inc.
300 Walnut Street
4th Floor
Philadelphia, PA 19106

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

America's Servicing Company
P.O. Box 10388
Des Moines, IA 50306-0388

American Express
Blue Cash for Business
Customer Service
PO Box 981535
El Paso, TX 79998-1531

Bank of America - Business Card
PO Box 53101
Phoenix, AZ 85072-3101

Bank of America - VisaSignature
PO Box 15026
Wilmington, DE 19850-5026

Brian S. McNair
Buonassissi, Henning & Lash
1861 Wiehle Avenue, Suite 300
Reston, VA 20190

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850-5298

Christopher McCabe
611 River Road

# EXHIBIT W

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
IN RE: | | | | | | * | | | | | |
DAVID BO HYEON LIM | | | | | | * | Case No. 09-27116-DK | | | | |
Debtor(s) | | | | | | * | (Chapter 7) | | | | |
* | * | * | * | * | * | * | * | * | * | * | * | * |

### TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTION
### IN LAWSUIT PROCEEDS

George W. Liebmann, Trustee of David Bo Hyeon Lim, pursuant to Fed. R. Bankr. P. 4003 and Local Bankruptcy Rule 4003-1, objects to the Debtor's exemption in lawsuit proceeds, and in support thereof says:

1. The Debtor commenced this case on September 11, 2009 by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. George W. Liebmann is the duly qualified, appointed and acting Trustee in this case. The meeting of creditors was held October 16, 2009 and this objection is timely.

3. The Debtor lists on his Schedule B and exempts on his Schedule C $50,000.00 in a civil suit against STV Network, Inc. for breach of employment contract. The cited basis for the exemption is Md. Code Ann., Com. Law § 15-601.1 and Md. Code Ann., Cts. & Jud. Proc. Art. § 11-504(b)(3).

4. The Trustee objects to the claimed exemption of $50,000 in lawsuit proceeds on the grounds that: a) such proceeds are not exempt under Courts article § 11-504(b)(3) as arising from death, bodily injury, sickness or accident; and b) the exemption from garnishment provided by Commercial Law article § 15-601.1 does not provide an exemption for economic damages recovered in lawsuits, In re Norcia, 255 BR 394 (2000).

**5. DEBTOR AND HIS ATTORNEY ARE HEREBY GIVEN NOTICE THAT:**

**A. ANY OPPOSITION TO THE OBJECTION MUST BE FILED AND SERVED WITHIN THIRTY (30) DAYS AFTER THE OBJECTION WAS SERVED, AND**

**B. THE COURT MAY RULE UPON THE OBJECTION AND ANY RESPONSE THERETO WITHOUT A HEARING.**

WHEREFORE, George W. Liebmann, Trustee prays that this Court enter an order sustaining the objection to the $50,000 exemption in lawsuit proceeds.

/s/George W. Liebmann
George W. Liebmann (Fed. Bar # 01112)
LIEBMANN & SHIVELY, P.A.
8 West Hamilton Street
Baltimore, MD 21201
410-752-5887
gliebmann@lspa.comcastbiz.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November 2009, a copy of the foregoing Trustee's Objection to Debtor's Exemption in Lawsuit proceeds was either served via the Court's CM/ECF electronic notification system or mailed first class, postage prepaid to:

Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road, 360E
Baltimore, MD 21208

David Bo Hyeon Lim
13135 Hidden Acres Lane
Bishopville, MD 21813

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard StreetRoom 2625
Baltimore, MD  21201

/s/George W. Liebmann
George W. Liebmann

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                                          *

DAVID BO HYEON LIM                              *        Case No. 09-27116-DK

    Debtor(s)                               *        (Chapter 7)

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO
## DEBTOR'S EXEMPTION IN LAWSUIT PROCEEDS

Upon consideration of the Objection of George W. Liebmann, Trustee, and the Response

thereto, if any, by Debtor David Bo Hyeon Lim, good cause appearing, it is by the United States

Bankruptcy Court for the District of Maryland,

ORDERED that the Objection be and is hereby SUSTAINED, and it is

FURTHER ORDERED that the exemption in lawsuit proceeds arising from the civil suit

against STV Network, Inc. for breach of employment contract is disallowed.

cc:
Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road, 360E
Baltimore, MD 21208

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard StreetRoom 2625
Baltimore, MD 21201

David Bo Hyeon Lim
13135 Hidden Acres Lane
Bishopville, MD 21813

## END OF ORDER

# EXHIBIT X

Home | About Us | myManta | FAQ | View Cart | My Profile

Login:

Not a member? Learn more.

Tuesday, Oct. 27, 2009
**63,778,867** companies

**Ads by Google** Tractors, Farm
Power Tractor

**COMPANIES:** U.S., Australia, Canada, U.K., Worldwide

**RESOURCES:** Video, Jobs, Reports, White Papers | **JOIN US:** Twitter, Facebook

U.S. business name, category, location...    Search

**BUSINESS CENTERS:** Small Biz, Sales Expertise, HR, Travel, Career, Tech

U.S. » Bishopville, MD » Agriculture » General Farms, Primarily Crop » Farms » Jacobs Farm, Inc

Add Company to List
Set Company Alert

# Jacobs Farm, Inc

13135 Hidden Acres Ln
Bishopville, MD 21813

**Phone:** (410) 352-3602
**Website:** Information not found (?)

Is this your company?

Claim This Profile

These Members Work Here

Do you?
SAY SO

Ads by Google

New & Used Farm Equipment 100s of Farm Equipment Listings Find Farm Equipment Here

Farm Equipment For Sale Farm Equipment For Sale & More! 100,000 Stores. Deals. Reviews.

The ads are not affiliated with Jacobs Farm, Inc

**Business Categories**
General farms, primarily crop in Bishopville, MD
General Crop Farm, All Other Miscellaneous Crop Farming

**Jacobs Farm, Inc Business Information** Claim This Profile
Jacobs Farm, Inc is a private company categorized under Farms and located in Bishopville, MD.
Our records show it was established in 2007 and incorporated in Maryland. Current estimates
show this company has an annual revenue of $300,000 and employs a staff of approximately
10.

**Also Does Business As**
Information not found (?)

**HQ, Branch or Single Location**
Single Location

**Annual Sales** (Estimated)
$300,000

**Employees** (Estimated)
10



Buy Any BlackBerry, Get One Free.
Now at our lowest prices ever.

BlackBerry Tour™
Only $149.99

$249.99 2-YR PRICE
LESS $100 MAIL-IN
REBATE DEBIT CARD.
NEW 2-YR ACTIVATION
ON VOICE PLAN WITH
EMAIL FEATURE, OR EMAIL
PLAN $600 PER PHONE.

DETAILS

verizon wireless   > Learn More

**SIC Code and Description**
0191, General Farms, Primarily Crop

**Products, Services and Brands**
Information not found (?)

**NAICS Code and Description**

**State of Incorporation**

111998, All Other Miscellaneous Crop Farming

Maryland

**Years in Business**
2

## Company Contacts

| Contact Name | Gender | |
|---|---|---|
| David Lim, President | — | Claim This Profile |

Click on the reports tab at the top of the page to research company background, detailed company profile, credit and financial reports for Jacobs Farm, Inc.

*Data above provided by D&B. © Dun and Bradstreet, Inc. All rights Reserved.*



**Related Links**
Other companies named Jacobs Farm, Inc

Companies in this industry

Jobs in Bishopville, MD

**Recent Visitors**


YOU
JOIN NOW

Companies by Location: Bishopville, Maryland

Privacy Policy | Refund Policy | Contact Manta | Advertise | Featured Listings | Terms & Conditions | Site Map | Partners

Copyright © 2009, Manta.com. All Rights Reserved.

# EXHIBIT Y

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re __David Bo Hyeon Lim__     Case No. __09-27116__

                       Debtor(s)     Chapter   __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**America's Servicing Company** | **Describe Property Securing Debt:**<br>**611 River Road, Yardley, PA 19067 - Single Family Home** |

Property will be (check one):
- ■ Surrendered             □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt           ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Countrywide** | **Describe Property Securing Debt:**<br>**611 River Road, Yardley, PA 19067 - Single Family Home** |

Property will be (check one):
- ■ Surrendered             □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt           ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Ford Motor Credit-Omaha Service Ct** | **Describe Property Securing Debt:**<br>**2007 Ford F150 Pick-up Truck w/ 8,955 miles** |

Property will be (check one):
   ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**MidAtlantic Farm Credit ACA** | **Describe Property Securing Debt:**<br>**Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813** |

Property will be (check one):
   ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**MidAtlantic Farm Credit ACA** | **Describe Property Securing Debt:**<br>**Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813** |

Property will be (check one):
   ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

B8 (Form 8) (12/08)

Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**MidAtlantic Farm Credit ACA** | **Describe Property Securing Debt:**<br>**Poultry Facility and Residence (mobile home located on Poulty Farm) - 13135 Hidden Acres Lane, Lots 1 & 2, Bishopville, MD 21813** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES                    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date _____          Signature _____

                                           **David Bo Hyeon Lim**
                                           Debtor

# United States Bankruptcy Court
## District of Maryland

In re   **David Lim** _____

Debtor(s)

Case No.   **09-27116**

Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 6, 2009,** a copy of Amended Statement of Intention  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**all creditors on mailing matrix**

**/s/ Jeffrey M. Sirody** _____
**Jeffrey M. Sirody**
**Sirody Freiman & Feldman**
**1777 Reisterstown Road**
**Suite 360 E**
**Baltimore, MD 21208**
**410-415-0445Fax:410-415-0744**
**afreiman@sfflegal.com**