

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | | |
|---|---|---|---|
| In Re: | * | | |
| David Bo Hyeon Lim, | * | Case No. | 09-27116-DK |
| | * | Chapter | 7 |
| | * | | |
| Debtor. | * | | |

## SUA SPONTE ORDER FOR INTRA-DISTRICT TRANSFER
## OF CASE TO BALTIMORE

The court finding cause exists, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is transferred to the United States Bankruptcy Court for the District of Maryland at Baltimore.

cc: Debtor
Debtor's counsel
Chapter 7 Trustee
U.S. Trustee
All creditors and parties in interest

**End of Order**

-1-