Signed: November 23, 2009
**SO ORDERED**
**The hearing described below shall be set for January 6, 2010, at 2:00 p.m., in Baltimore.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| David Bo Hyeon Lim, | * | Case No.   09-27116-DK |
| | * | Chapter   7 |
| | * | |
| Debtor | * | |

### ORDER AND NOTICE OF A HEARING
### ON MOTION TO DISMISS

Upon motion to dismiss by Creditor, The Dong-A-Ilbo. Wherefore, pursuant to Federal Bankruptcy Rule 2002(a)(4) and Local Bankruptcy Rule 2002-1(i), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to dismiss will be held on the date and time set forth above, in Courtroom 1B of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland; and it is further

ORDERED, Creditor, The Dong-A-Ilbo, forthwith must provide notice of the Motion by service of this order on Debtor, Debtor's counsel, the Chapter 7 Trustee and all creditors and parties in interest

ORDERED, that any party wishing to object to the dismissal of this case must file an objection within twenty (20) days after the entry of this order.

cc:    Counsel for Movant

**End of Order**