IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| IN RE: | |
| DAVID BO HYEON LIM | Case No. 09-27116-DK |
|     Debtor(s) | |
| | (Chapter 7) |

### TRUSTEE'S MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE

    George W. Liebmann, Trustee of David Bo Hyeon Lim, by his undersigned attorney, Orbie R. Shively, moves for an order extending the deadline within which to file complaints objecting to discharge, and in support thereof says:

    1. The debtor commenced this case by the filing on September 11, 2009 of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

    2. The debtor's first meeting of creditors was held on October 16, 2009. At the meeting of creditors, additional issues not fully disclosed in the statement of financial affairs were revealed, the debtor filed amended schedules, and a motion to dismiss filed by creditor Dong-A Ilbo has raised issues, which necessitates more information and documents from the debtor.

    3. The Trustee requires additional documentation from the debtor regarding these matters which relate to the administration of the bankruptcy estate.

    4. The current deadline for complaints objecting to discharge is December 15, 2009 and it needs to be extended in order for the Trustee to properly administer this estate.

    WHEREFORE, George W. Liebmann, Trustee prays that the deadline within which to file a Section 727 complaint objecting to discharge be extended for a period of sixty (60) days to

February 15, 2010, and for such other and further relief as justice may require.

                                                                           */s/Orbie R. Shively*
                                                                      Orbie R. Shively (Fed. Bar #04461)
                                                                      LIEBMANN & SHIVELY, P.A.
                                                                      8 West Hamilton Street
                                                                      Baltimore, MD 21201
                                                                      (410) 752-5887
                                                                      oshively@lspa.comcastbiz.net
                                                                      Attorney for Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December 2009, a copy of the foregoing Trustee's Motion To Extend Deadline To File A Complaint Objecting To Discharge was either served via the Court's CMECF system or was mailed first class, postage prepaid to:

Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208

David Bo Hyeon Lim
13135 Hidden Acres Lane
Bishopville, MD 21813

U.S. Trustee
Garmatz U.S. Courthouse
101 W. Lombard St., Room 2625
Baltimore, MD 21201

                                                                           */s/Orbie R. Shively*
                                                                      Orbie R. Shively