IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| DAVID BO HYEON LIM | * | Case No. 09-27116-DK |
| | * | |
| Debtor(s) | * | (Chapter 7) |

* * * * * * * * * * * * *

**TRUSTEE'S THIRD MOTION TO EXTEND TIME TO
FILE COMPLAINT OBJECTING TO DISCHARGE**

George W. Liebmann, Trustee of David Bo Hyeon Lim, by his undersigned attorney, Orbie R. Shively, moves for an order extending the deadline within which to file complaints objecting to discharge, and in support thereof says:

1. The debtor commenced this case by the filing on September 11, 2009 of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The current deadline for complaints objecting to discharge is April 16, 2010 was extended by this Court's Order entered February 19, 2010 (Pl. 83)..

3. Debtor, through his counsel, has produced documents requested by the Trustee subsequent to the meeting of creditors but the documents produced and the Debtor's partial deposition has raised further questions amount is financial affairs that are far more complex than that of the average debtor. These documents are necessary for the Trustee to administer this estate.

4. Additionally, the Trustee is referring this case to the U.S. Trustee for possible consideration of whether the U.S. Trustee and/or the Chapter 7 Trustee will file a complaint objecting to discharge. The U.S. Trustee will need additional time to review documents

1

submitted to it by the Chapter 7 Trustee and creditor(s) and to make a determination of the appropriateness of the filing of a complaint objecting to discharge.

WHEREFORE, George W. Liebmann, Trustee prays that the deadline within which to file a Section 727 complaint objecting to discharge be extended for a period of sixty (60) days to June 15, 2010, and for such other and further relief as justice may require.

*/s/Orbie R. Shively*
Orbie R. Shively (Fed. Bar #04461)
LIEBMANN & SHIVELY, P.A.
8 West Hamilton Street
Baltimore, MD 21201
(410) 752-5887/oshively@lspa.comcastbiz.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April 2010, a copy of the foregoing Third Trustee's Motion To Extend Deadline To File A Complaint Objecting To Discharge was either served via the Court's CMECF system or was mailed first class, postage prepaid to:

Jeffrey M. Sirody, Esq.
Gary Poretsky, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road, Suite 360E
Baltimore, MD 21208

David Bo Hyeon Lim
13135 Hidden Acres Lane
Bishopville, MD 21813

U.S. Trustee
Attn: Edmund Goldberg, Esq.
Garmatz U.S. Courthouse
101 W. Lombard St., Room 2625
Baltimore, MD 21201

Hyun Suk Choi, Esq.
The Park Law Group, LLC
23 South Warren Street
Trenton, NJ 08608

*/s/Orbie R. Shively*
Orbie R. Shively