✓ RETAIN

_____
**Duncan W. Keir , U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y/N

PROCEEDING MEMO - CHAPTER 7

Date: 06/02/2010 Time: 02:00

**CASE: 09-27116 David Bo Hyeon Lim**

Jeffrey M. Sirody representing David Bo Hyeon Lim (Debtor)

George W. Liebmann and Orbie R. Shively representing George W. Liebmann (Trustee)

[102] General Provisions Governing Discovery Letter to the Court to resolve discovery disputes pursuant to Discovery Guideline Filed by Hyun Suk Choi (related document(s)[40] Motion to Dismiss Case filed by Creditor The Dong-A-Ilbo). (Attachments: # (1) Exhibit 1)

**MOVANT** : The Dong-A-Ilbo BY J Simms; H Choi; W Bailey;

[103] Line addressing letter to Court on behalf of David Bo Hyeon Lim Filed by Jeffrey M. Sirody (related document(s)[102] Rule 7026/Discovery Report filed by Creditor The Dong-A-Ilbo). (Attachments: # (1) Letter to Court)

*Pretzky* ✓

**MOVANT** : David Lim BY J Sirody;

DISPOSITIONS:

Granted____  Denied____  Withdrawn____  Consent____  Default____  Under Adv.____

Moot_____  Dismissed_____  Overruled_____  Sustained_____  O.T.J. Fee_____

Continued to: _____

DECISION:

  [ ] Signed by Court           [ ] Filed by Counsel
  [✓] To be prepared by:
       [ ] Movant's counsel         [ ] Court
       [✓] Respondent's counsel     [ ] Other _____

NOTES:

*Also Deadline for any further Pleading by Movant on m TODSm - 4pm June 18 Order to Compel. Issue by if more than 7 hours.*

*Deadline for any opponent - 4 pm June 28*