

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In Re:                                            *

DAVID BO HYEON LIM                                 *    Case No.    09-27116DK
AKA BO HYEON LIM                                   *    Chapter     7
                                                   *
                                                   *
            Debtor(s)                              *
**************************************              *

THE DONG-A ILBO                                    *
                                                   *
                                                   *
            Movant(s)                              *
    vs.                                            *

DAVID BO HYEON LIM                                 *
AKA BO HYEON LIM AND GEORGE W.                     *
LIEBMAN, TRUSTEE                                   *
                                                   *
            Respondent(s)                          *

### ORDER SETTING DEADLINES

For the reasons set forth on the record at a hearing held on June 2, 2010, It is by the United

States Bankruptcy Court for the District of Maryland;

ORDERED, that June 18, 2010 at 4:00 p.m. is set as a deadline for the filing by the Movant

of any supplemental or further points and authorities including any brief or memorandum; and it is

further

ORDERED, that June 28, 2010 at 4:00 p.m. is set as a deadline for the filing by any

respondent of any further points and authorities including any brief or memorandum.

cc:    Debtor(s)
        Debtor(s)' Counsel
        Trustee
        U.S. Trustee
        All Other Parties-In-Interest

**End of Order**